```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    WILLIAM SCHNACK,                  )
11                                    )    2:06-cv-2559-GEB-EFB
                        Plaintiff,    )
12                                    )
         v.                           )    ORDER
13                                    )
    MERCK & COMPANY, INC.; and        )
14  MCKESSON CORPORATION,             )
                                      )
15                      Defendants.   )
                                      )
16
```

On December 20, 2006, Plaintiff and Defendant Merck & Company, Inc. ("Merck") filed a "Stipulation and Proposed Order Staying Proceedings Pending Transfer to Vioxx MDL No. 1657" ("Stipulation") in which they "request that all proceedings be stayed" since Merck has "requested . . . this action [be transferred] to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657 . . . ." (Stipulation at 1.)

The Stipulation was not signed by all the parties named in this action. However, since Merck "expects . . . a conditional transfer order that includes this case [to issue] in the next few weeks[,]" judicial economy is served by staying the proceedings. (Id.) Therefore, this action is stayed pending decision on whether

1 | this case will be transferred to MDL Proceeding No. 1657 in the
2 | Eastern District of Louisiana; except Merck shall file a status report
3 | no later than February 5, 2007, in which it explains only the status
4 | of its effort to transfer this action to MDL-1657.
5 |     IT IS SO ORDERED.
6 | Dated:  December 28, 2006

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```